IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Krystal Gomez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Swan Gastroenterology PC, et al.,<br><br>　　　　Defendants. | **NO. CV-23-00427-TUC-RCC**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 18, 2024

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　　By　　Deputy Clerk